■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RASHAAD WEBB, Appellant. [985 NYS2d 876]—Judgment, Supreme Court, New York County (Michael J. Obus, J.), rendered November 29, 2012, convicting defendant, upon his plea of guilty, of robbery in the first degree and criminal possession of a weapon in the second degree, and sentencing him to concurrent terms of six years, unanimously affirmed.

Although we do not find that defendant made a valid waiver of his right to appeal, we perceive no basis for reducing the sentence. Concur—Sweeny, J.P., Acosta, Andrias and Freedman, JJ.

■ YADIER A.C., an Infant, by Mother and Natural Guardian, JENNIFER C.R., et al., Respondents, v JEROME W. 169TH ASSOCIATES, LLC, et al., Appellants, et al., Defendant. (And a Third-Party Action.) [986 NYS2d 372]—An appeal having been taken to this Court by the above-named appellants from an order of the Supreme Court, Bronx County (Wilma Guzman, J.), entered on or about February 25, 2013, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated May 14, 2014, it is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Sweeny, J.P., Acosta, Renwick, Andrias and Freedman, JJ.